# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO U. URIARTE,

           Plaintiff,

    vs.

RONALD H. LEWIS, et al.,

           Defendants.

Case No. ED CV 11-1497 DMG (MRW)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: March 28, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE